<pre>
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF NORTH CAROLINA
</pre>

_____
                                         :
Angela O'Neal,                           :
                                         :
                                         :  Civil Action No.:  5:11-CV-282-FL
                                         :
                Plaintiff,                :
     v.                                  :
                                         :
NCO Financial Systems, Inc.,             :
                Defendant.                :
                                         :
_____ :
                                         :

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against NCO Financial Systems, Inc. without prejudice and without costs to any party.

| Angela O'Neal | NCO Financial Systems, Inc. |
|---|---|
| ___/s/ Stacie Saunders-Watson_____ | _/s/ Amy L. Rich_____ |
| Stacie Saunders-Watson, Esq. | Amy L. Rich, Esq. |
| Law Office Of Stacie Watson | NC Bar No. 35176 |
| P.O. Box 1412 | Doughton & Rich PLLC |
| Apex, North Carolina 27502 | 633 West Fourth St., Suite 150 |
| 919-522-6128 | Winston-Salem, NC 27101 |
| Attorney for Plaintiff | 336-725-9416 |
| | Attorney for Defendant |

_____
SO ORDERED

## CERTIFICATE OF SERVICE

       I hereby certify that on August 24, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of North Carolina Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Stacie Watson_____
                                                    Stacie Watson