UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Angela O'Neal, | : |
| | : Civil Action No.: 5:11-CV-282-FL |
| Plaintiff, | : |
| v. | : |
| NCO Financial Systems, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against NCO Financial Systems, Inc. without prejudice and without costs to any party.

Angela O'Neal                                                  NCO Financial Systems, Inc.

_/s/ Stacie Saunders-Watson_                    _/s/ Amy L. Rich_

Stacie Saunders-Watson, Esq.                    Amy L. Rich, Esq.
Law Office Of Stacie Watson                     NC Bar No. 35176
P.O. Box 1412                                   Doughton & Rich PLLC
Apex, North Carolina 27502                      633 West Fourth St., Suite 150
919-522-6128                                    Winston-Salem, NC 27101
Attorney for Plaintiff                          336-725-9416
                                                Attorney for Defendant

SO ORDERED

This the 1st day of September, 2011